**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

**CASE NO.: 1:26-CV-06739-AKH**

DAVID M. WILLIAMS,

Plaintiff,

v.

SCOTT CROW AND CENTURY MODERN LLC D/B/A EMERGENCY HEARTS,

Defendants.

**MOTION FOR ALTERNATE SERVICE OF PROCESS AND EXTENSION OF TIME TO SERVE THE SUMMONS AND COMPLAINT ON DEFENDANTS SCOTT CROW AND CENTRUY MODERN LLC D/B/A EMERGENCY HEARTS**

Plaintiff DAVID M. WILLIAMS, by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 4(e)(1) and 4(h)(1)A), as well as New York CPLR 308(5), hereby move this Honorable Court for an order authorizing alternate service of process and an additional thirty (30) days to serve process on Defendants SCOTT CROW and CENTURY MODERN LLC D/B/A EMERGENCY HEARTS, and as grounds therefore, states as follows:

1. Plaintiff DAVID M. WILLIAMS ("Williams" or "Plaintiff") filed his Complaint for Copyright Infringement on August 6, 2026 (ECF No. 1).

2. Williams has acted diligently in attempt to serve Defendants SCOTT CROW and CENTURY MODERN LLC D/B/A EMERGENCY HEARTS ("Defendants") and good cause exists to grant alternate service of process.

3. Upon filing this action, Williams' counsel retained a licensed process server to serve Defendants.

4. On August 17, August 20, August 22, August 25, and August 27, 2026, the process server attempted service at Defendant Scott Crow's ("Crow") residence located at 25 Reese Drive, Sunset Valley, TX 78745. These five separate attempts were unsuccessful.

5. On August 17, 2026, the process server attempted service at Defendant Century Modern LLC dba Emergency Hearts ("Emergency Hearts") at the address listed for service of process, 1704 San Antonio Street, Austin, TX 78701. This attempt was unsuccessful due to another business operating out of the listed address,

6. On August 20, August 22, August 25, and August 27, 2026, the process server attempted to serve Emergency Hearts along with Crow, as Crow is listed as Emergency Hearts registered agent. As previously mentioned, those five separate attempts were unsuccessful.

7. After the unsuccessful attempts, Plaintiff's counsel conducted further research to find an additional address to attempt service on Defendants. This research resulted in another residence of Crows at 2500 Aldford Drive, Austin, TX 78745.

8. On September 12, and September 15, 2026, the process server attempted to serve Emergency Hearts and Crow at 2500 Alford Drive, Austin, TX 78745. These attempts were also unsuccessful.

9. Plaintiff's counsel has made diligent efforts to serve Defendants at multiple addresses believed to be associated with Defendants and has been unable to locate a person authorized to accept service.

10. Pursuant to Federal Rule of Civil Procedure 4(h)(1)(A) and 4(e)(1), Plaintiff may serve Defendants in a manner allowed by New York law.

11. Under New York CPLR 308(5), a New York Court is allowed to enter an order allowing alternate service on an individual or business when Plaintiff demonstrates that

reasonable efforts to serve Defendants by traditional methods of service have been unsuccessful. Consistent with these rules, Plaintiff respectfully requests this Court authorize service of process via e-mail and certified mail.

12. Plaintiff also requests an additional thirty (30) days to effectuate service of process upon Defendants under Federal Rule of Civil Procedure 4(m).

WHEREFORE, Plaintiff DAVID M. WILLIAMS prays this Honorable Court grant Plaintiff leave to effect service upon Defendants SCOTT CROW and CENTURY MODERN LLC D/B/A EMERGENCY HEARTS via certified mail, e-mail, and upon the Texas Secretary of State, using the addresses identified in the accompanying declaration, to extend the time to serve by thirty days from the date of the Order, and for such other and further relief as to this Court deems just and proper in the premises.

Dated: October 1, 2026

Respectfully submitted,

*/s/ Jordan I. Abisror*
JORDAN I. ABISROR
Bar Number: 6139190
jordan.abisror@sriplaw.com

JOSEPH A. DUNNE
(JD0674)
joseph.dunne@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
646.475.9070 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff David M. Williams*