ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
**Joseph Dunne SBN NY - 4831277**
**SRIPLAW**
**21301 Powerline Road Suite 212**
**Boca Raton, FL 33433**
TELEPHONE NUMBER
**(561) 992-3534**
ATTORNEY FOR **Plaintiff**

FOR COURT USE ONLY

SOUTHERN DISTRICT, NEW YORK
500 Pearl Street
New York, NY 10007

PLAINTIFF/PETITIONER: David M. Williams

DEFENDANT/RESPONDENT: Scott Crow , et al.

DATE: TIME: DEP./DIV.

CASE NUMBER:
1:26-cv-06739-AKH

## Declaration of Service

Ref. No. or File No:
32647

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Two copies of SUMMONS IN A CIVIL ACTION and COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED); Service of Process Forwarding Request**

On: **Century Modern LLC dba Emergency Hearts (served through Texas Secretary of State)**

I served the summons at:

**400 W 15th St Austin TX 78701**

On: **10/19/2026** Time: **03:21 PM**

In the above mentioned action by personally serving to and leaving with

**Michelle Robinson, Authorized to Accept Service - Texas Secretary of State**

**$55 Fee paid at the time of service**

Person attempting service:

a. Name: **Andrew Swatzell**
b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
c. Telephone number: **714-973-9202**
d. **The fee** for this service was: **96.25**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Andrew Swatzell** Date: **10/24/2026**